W. R. RAY, EMPLOYEE v. CITY OF RALEIGH FIRE DEPARTMENT, SELF-INSURER, EMPLOYER.

(Filed 17 April 1963.)

APPEAL by defendant from *Copeland, Special Judge,* November Assigned Non-Jury Civil Term 1962 of WAKE.

Proceeding under Workmen's Compensation Act.

The Hearing Commissioner, based on findings of fact and conclusions of law, made an award providing that defendant "pay all

medical bills incurred as a result of" plaintiff's injury by accident arising out of and in the course of his employment by defendant. The Full Commission adopted the Hearing Commissioner's findings of fact and conclusions of law and affirmed the award.

The judgment entered in superior court contains no reference to any of defendant's exceptions to findings of fact and conclusions of law made by the Hearing Commissioner and adopted by the Full Commission. It recites the matter was heard "on the record on appeal from the Industrial Commission" and adjudges "that the opinion and award of the Industrial Commission in this case be and the same is in all respects sustained." Defendant excepted "(t)o the foregoing judgment" and appealed. The only assignment of error is in these words: "The appellant assigns as error the judgment of Judge Copeland for that the same is unsupported by the facts or the law."

*Paul F. Smith for defendant appellant.*
*No counsel contra.*

PER CURIAM. Defendant's assignment of error does not present the legal question discussed in defendant's brief. *Rader v. Coach Co.*, 225 N.C. 537, 35 S.E. 2d 609; *Glace v. Throwing Co.*, 239 N.C. 668, 80 S.E. 2d 759. Even so, it seems appropriate to say that, according to uncontradicted evidence, plaintiff was entitled to the award. The evidence indicates the award involves a doctor's bill of one hundred dollars and a hospital bill of one hundred dollars.

Affirmed.